1  Fred W. Schwinn (SBN 225575)
   CONSUMER LAW CENTER, INC.
2  12 South First Street, Suite 416
   San Jose, California  95113-2404
3  Telephone Number: (408) 294-6100
   Facsimile Number: (408) 294-6190
4  Email Address: fred.schwinn@sjconsumerlaw.com

5  Attorney for Plaintiff
   HERMINIA LORENZO CRUZ

6

7

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
## SAN JOSE DIVISION

| | |
|---|---|
| HERMINIA LORENZO CRUZ,<br><br>            Plaintiff,<br><br>v.<br><br>BIDNA & KEYS, A PROFESSIONAL LAW CORPORATION, a California corporation,<br><br>            Defendant. | Case No.  C06-02233-JW-HRL<br><br>**STIPULATION TO EXTEND THE DEADLINE BY WHICH PLAINTIFF MUST FILE HER MOTION FOR ATTORNEY'S FEES AND COSTS AND [PROPOSED] ORDER**<br><br>Fed. R. Civ. P. 6(b) |

    Pursuant to Fed. R. Civ. P. 6(b), Plaintiff, HERMINIA LORENZO CRUZ, and Defendant, BIDNA & KEYS, A PROFESSIONAL LAW CORPORATION, stipulate, as follows:

        1.    The parties have reached a settlement in principal and request a thirty (30) day extension of time for the Plaintiff to file her Motion for Attorney Fees and Costs pursuant to Fed. R. Civ. P. 54(d)(2).  The parties anticipate a dismissal of this case will be filed within this extended time period.


Dated:  July 20, 2006                    /s/ Fred W. Schwinn
                                         Fred W. Schwinn, Esq.
                                         Attorney for Plaintiff
                                         HERMINIA LORENZO CRUZ


Dated:  July 20, 2006                    /s/ Howard M. Bidna
                                         Howard M. Bidna
                                         Attorney for Defendant
                                         BIDNA & KEYS, APLC

1     Having considered the foregoing stipulation, the request is GRANTED.  The Court hereby
2 grants a thirty (30) day extension of time for the Plaintiff to file her Motion for Attorney Fees and
3 Costs pursuant to Fed. R. Civ. P. 54(d)(2).  Plaintiff shall file her Motion for Attorney Fees and
4 Costs on or before August 21, 2006.

5     IS SO ORDERED.

7 Dated: July 26, 2006

                                             The Honorable James Ware
                                             Judge of the District Court

-2-

STIPULATION TO EXTEND DEADLINE                                                               Case No.  C06-02233-JW-HRL