1  Fred W. Schwinn (SBN 225575)
   CONSUMER LAW CENTER, INC.
2  12 South First Street, Suite 416
   San Jose, California  95113-2404
3  Telephone Number: (408) 294-6100
   Facsimile Number: (408) 294-6190
4  Email Address: fred.schwinn@sjconsumerlaw.com

5  Attorney for Plaintiff
   HERMINIA LORENZO CRUZ

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION**

| | |
|---|---|
| HERMINIA LORENZO CRUZ,<br><br>Plaintiff,<br><br>v.<br><br>BIDNA & KEYS, A PROFESSIONAL LAW CORPORATION, a California corporation,<br><br>Defendant. | Case No.  C06-02233-JW-HRL<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE AND [PROPOSED] ORDER**<br><br>Fed. R. Civ. P. 41(a)(1) |

Pursuant to Fed. R. Civ. P. 41(a)(1), Plaintiff, HERMINIA LORENZO CRUZ, and Defendant, BIDNA & KEYS, A PROFESSIONAL LAW CORPORATION, stipulate, and the Court hereby orders, as follows:

   1.   The dispute between the parties has been settled, therefore, the claims asserted by Plaintiff, HERMINIA LORENZO CRUZ, against Defendant, BIDNA & KEYS, A PROFESSIONAL LAW CORPORATION, in the above-captioned proceeding are hereby dismissed, with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1).

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

-2-

1 | Dated: August 25, 2006

/s/ Fred W. Schwinn
Fred W. Schwinn, Esq.
Attorney for Plaintiff
HERMINIA LORENZO CRUZ

4 | Dated: August 25, 2006

/s/ Howard M. Bidna
Howard M. Bidna
Attorney for Defendant
BIDNA & KEYS, A PROFESSIONAL LAW CORPORATION

THE FOREGOING STIPULATION IS APPROVED AND IS SO ORDERED.

Dated: August 28, 2006

The Honorable James Ware
Judge of the District Court

STIPULATION OF DISMISSAL WITH PREJUDICE                    Case No. C06-02233-JW-HRL